**Motion for Reconsideration Granted, Memorandum Opinion filed October 4, 2018 Withdrawn, Appeal Reinstated, and Order filed November 6, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00384-CV

———————

**MIDTOWN PARK DEVELOPMENT LTD., PAUL T. YOUNG AND HORIZON 2003, LLC, Appellant**

**V.**

**LOUIS F. GOZA, Appellee**

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0010**

## ORDER

On October 4, 2018, this court issued an opinion dismissing this appeal. On, October 4, 2018, appellant filed a motion for reconsideration. The motion is granted.

This court's opinion filed October 4, 2018, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

On January 23, 2018, this court deemed appellant Paul Young indigent for purposes of a free record, and ordered Jennifer Hall, the official court reporter, to file the record in this appeal. Laurie Shearer, the substitute court reporter, has not filed her portion of the record. Accordingly, we order Laurie Shearer to file her portion of the reporter's record on or before November 21, 2018. Appellants' briefs will be due 30 days after the complete record has been filed.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.